Argued and submitted June 8, petition for judicial review dismissed September 5,
reconsideration denied October 19, 1984,
petition for review denied July 23, 1985 (299 Or 522)

McKNIGHT et al,
*Petitioners,*

*v.*

LAND CONSERVATION AND
DEVELOPMENT COMMISSION,
*Respondent.*

(CA A29573)

687 P2d 170

Timothy V. Ramis, Portland, argued the cause for petitioners. With him on the briefs were Edward J. Sullivan, Steven L. Pfeiffer and O'Donnell, Sullivan & Ramis, Portland.

Jeff Bennett, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Michael B. Huston, Assistant Attorney General, Salem.

John R. Miller, Salem, filed a brief amicus curiae for Oregon Farm Bureau Federation.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Petitioners seek a ruling under ORS 183.400 that respondent's temporary rule OAR 660-14-000 is invalid. That rule became effective on July 20, 1983, and was replaced on December 30, 1983, by OAR 660-14-000 through 660-14-040, which are permanent rules. The rule petitioners attack is no longer in existence, and our decision would "merely resolve an abstract question without practical effect." *State ex rel Juv. Dept. v. Holland,* 290 Or 765, 767, 625 P2d 1318 (1981). To the extent that the rule may affect petitioners' rights in other cases, they may renew their attacks in those cases. This case, however, is moot, and we therefore dismiss the petition.

Petition for judicial review dismissed.